IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| RICKY CRAWFORD | § | |
| | § | |
| v. | § | No. 5:18CV149-RWS-CMC |
| | § | |
| H.B.'S USED CARS | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. On March 27, 2019, the Magistrate Judge issued a Report and Recommendation, recommending Plaintiff's above-entitled and numbered cause of action be dismissed without prejudice. Docket No. 8. No objections to the Report and Recommendation have been filed.[1]

The Court has carefully reviewed the Report and Recommendation and agrees with the Magistrate Judge's conclusion that Plaintiff has not alleged facts, after having been given an opportunity to do so, that establish the Court has jurisdiction over this cause of action. The Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Plaintiff's above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE.**

**So ORDERED and SIGNED this 29th day of April, 2019.**



ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[1] On April 1, 2019, Plaintiff Ricky Crawford acknowledged receipt of the Report and Recommendation. Docket No. 9.